UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp, U.S.D.J. |
| v. | : | Crim. No. 20-24 |
| DONALD SNYDER | : | FINAL ORDER OF RESTITUTION |

THIS MATTER having come before the Court upon the motion of the United States for a final order of restitution, ordering that defendant Donald Snyder pay the sums of restitution to the victims identified for the Court by the United States;

and it appearing that the defendant has reached an agreement with the United States and the victims referenced herein as to the appropriate restitution awards;

IT IS on this 24th day of November, 2020;

ORDERED that the motion of the United States is hereby GRANTED; and it is further

ORDERED that the Judgment in this case shall reflect awards of $12,611.11 for each of the eighteen victims whose identities and contact information has been provided to the Clerk of Court and attached hereto; and it is further

2

ORDERED that all other provisions of the judgment of conviction in this matter shall remain as previously ordered.

_____
HONORABLE MICHAEL A. SHIPP
United States District Judge